REVISED

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 4, 2022

Lyle W. Cayce
Clerk

No. 20-60106

United States of America,

*Plaintiff—Appellant*,

*versus*

Okanlawan O. Norbert,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:19-cr-50

Before Owen, *Chief Judge*, and Davis, Jones, Smith, Stewart, Dennis, Elrod, Southwick, Haynes, Graves, Higginson, Costa, Willett, Ho, Duncan, Engelhardt, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

The judgment of the district court is AFFIRMED by an equally divided court. Our "judgment [is] not entitled to precedential weight no matter what reasoning may have supported it." *Rutledge v. United States*, 517 U.S. 292, 304 (1996).